**Order filed October 27, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00711-CV
_____

### OTIS BYRD, JR., Appellant

### V.

### DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee

**On Appeal from County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 11-CCV-044560**

## O R D E R

Appellant's brief was due October 10, 2011. No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court on or before **November 28, 2011**, the Court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM